**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JANE DOE (K.S.),

Plaintiff

v.

BRISAM CLINTON LLC D/B/A COMFORT INN, MK LCP RYE LLC D/B/A HILTON, BRE/PRIME MEZZ LLC D/B/A LA QUINTA INN & SUITES, LA QUINTA HOLDINGS INC., CHOICE HOTELS INTERNATIONAL, INC., WYNDHAM HOTELS & RESORTS, LLC, HILTON RESORTS CORPORATION, AND HILTON MANAGEMENT LLC,

Defendants

CIVIL ACTION NO:1:23-cv-04032

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Plaintiff, JANE DOE (K.S.), Plaintiff Jane Doe (K.S.), through her undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 26(c)(1) and Federal Rule of Civil Procedure 5.2, to allow K.S. to proceed in this matter under a pseudonym in all public filings and proceedings. The arguments in support of this motion are set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

Dated: May 15, 2023

Respectfully submitted,

LOCKS LAW FIRM PLLC
JANET WALSH
jwalsh@lockslaw.com
622 Third Avenue, 7th Floor
New York NY 10017
Phone: 212-838-3333

*Pro hac vice motions* to be filed:

PROVOST □ UMPHREY LAW FIRM
MATTHEW MATHENY
mmatheny@pulf.com
CHRIS KIRCHMER
ckirchmer@pulf.com
FABIANA BAUM
fbaum@pulf.com
350 Pine Street, Ste. 1100
Beaumont, TX 77701
Phone: 409/838-8881

ANNIE MCADAMS, PC
ANNIE MCADAMS
1150 Bissonnet
Houston, TX 77005
Phone: 713/785-6262
Fax: 866/713-6141
annie@mcadamspc.com