UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe (K.S.)<br><br>    Plaintiff,<br><br>v.<br><br>Brisam Clinton LLC d/b/a Comfort Inn, Cavalier Mergersub LP f/k/a Corepoint Lodging, Inc., Choice Hotels International Inc., d/b/a Comfort Inn, CPLG Prime Mezz LLC f/k/a BRE/Prime Mezz LLC d/b/a La Quinta Inn & Suites, Hilton Management LLC d/b/a Hilton, La Quinta Franchising, LLC, La Quinta Holdings Inc., LQ Management LLC, MK LCP Rye LLC d/b/a Hilton, Wyndham Hotels & Resorts, LLC d/b/a La Quinta Inn & Suites,<br><br>    Defendants. | Case No. 1:23-cv-04032 |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Hilton Management LLC ("Hilton") respectfully requests that this Court consider the decision from *Jane Doe (L.M.) v. 42 Hotel Raleigh LLC, et al.*, Case No. 5:23-cv-235-FL (E.D.N.C. Feb. 13, 2024) issued on February 13, 2024 in the Eastern District of North Carolina. A true and correct copy of the court's order dismissing TVPRA claims against a Hilton affiliate is attached as Exhibit A to this notice. Hilton believes this supplemental authority is pertinent to the issues raised in Hilton's Motion to Dismiss the First Amended Complaint ("Motion to Dismiss") (Dkt. 94). In particular, in a case involving the same plaintiff's counsel and complaint template, the *L.M.* court evaluated equally conclusory force, fraud, or coercion allegations to those put at issue by plaintiff in this matter, and found them insufficient at the dismissal stage with no leave to amend. Hilton respectfully requests that the Court consider this supplemental authority in regard to Hilton's pending Motion to Dismiss.

Dated:  February 15, 2024               Respectfully submitted,


/s/ Nicole M. Perry
Nicole M. Perry (*Admitted Pro Hac Vice*)
nmperry@jonesday.com
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone:  +1.832.239.3939
Facsimile: +1.832.239.3600

Bethany K. Biesenthal (*Admitted Pro Hac Vice*)
bbiesenthal@jonesday.com
Allison L. McQueen (*Admitted Pro Hac Vice*)
amcqueen@jonesday.com
JONES DAY
110 N. Wacker Dr, Suite 4800
Chicago, IL  60606
Telephone:  +1.312.782.3939
Facsimile: +1.312.782.8585

Taylor A. Goodspeed
taylor.goodspeed@jonesday.com
JONES DAY
250 Vesey Street, 29th Floor
New York, NY 10281
Telephone:  +1.212.326.3939
Facsimile: +1.212.755.7306

*Attorneys for Defendant Hilton Management LLC*

## **CERTIFICATE OF SERVICE**

    I, Nicole M. Perry, certify that on February 15, 2024, I caused the foregoing Notice of Supplemental Authority to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

                                            */s/ Nicole M. Perry*
                                            Nicole M. Perry

                                            *Attorney for Defendant Hilton Management LLC*