```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/25/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JANE DOE, :
:
:
Plaintiff, :
: 23-cv-4032 (LJL)
-v- :
: ORDER
:
BRISAM CLINTON LLC, et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On May 15, 2023, Plaintiff filed a motion to proceed under a pseudonym and to file her complaint under a pseudonym. Dkt. No. 5. By order of May 17, 2023, the Court permitted the filing of the complaint under pseudonym and the issuance of summons to Defendants but otherwise reserved judgment on the motion in order to permit Defendants to object. Dkt. No. 15. The Court's memorandum and order of May 17, 2023, explained why sealing of the Plaintiff's name and identity were appropriate under the Second Circuit's factors in *Sealed Plaintiff v. Sealed Defendants*, 537 F.3d 185, 190 (2d Cir. 2008). On September 22, 2023, the Court entered a protective order submitted by all parties on consent that, in pertinent part, ordered that "[a]ll records relating to the action will be maintained in a manner the protects the confidentiality of the Plaintiff." Dkt No. 121 ¶ 12. Accordingly, the Clerk of Court is respectfully directed to close the motion at Dkt. No. 5.

      SO ORDERED.

Dated: March 25, 2024
       New York, New York

                                              LEWIS J. LIMAN
                                             United States District Judge