**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Jane Doe (K.S.),

    Plaintiff,

           v.

Brisam Clinton LLC d/b/a Comfort Inn, Cavalier Mergersub LP f/k/a Corepoint Lodging, Inc., Choice Hotels International Inc., d/b/a Comfort Inn, CPLG Prime Mezz LLC f/k/a BRE/Prime Mezz LLC d/b/a La Quinta Inn & Suites, Hilton Management LLC d/b/a Hilton, La Quinta Franchising, LLC, La Quinta Holdings Inc., LQ Management LLC, MK LCP Rye LLC d/b/a Hilton, Wyndham Hotels & Resorts, LLC d/b/a La Quinta Inn & Suites,

    Defendants.

Case No. 1:23-cv-04032

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to Plaintiff's voluntary dismissal of her claims against Defendants Brisam Clinton LLC, Cavalier Mergersub LP, Choice Hotels International, Inc., CPLG Prime Mezz LLC, Hilton Management LLC, La Quinta Franchising LLC, La Quinta Holdings Inc., LQ Management LLC, MK LCP Rye LLC, Wyndham Hotels & Resorts LLC, in the above-captioned matter, with prejudice. Each party will bear all of their own costs and fees, including all attorney's fees.

Dated: April 19, 2024

PROVOST UMPHREY LAW FIRM, L.L.P.
Bryan O. Blevins
BBlevins@pulf.com
Christopher T. Kirchmer
CKirchmer@pulf.com
Fabiana Baum
Fbaum@pulf.com
350 Pine Street, Ste. 1100
Beaumont, TX 77701
Phone: (409) 835-6000
Fax: (409) 838-8888

LOCKS LAW FIRM PLLC
Janet Walsh
jwalsh@lockslaw.com
622 Third Avenue, 7th Floor
New York, NY. 10017
Phone: 212-838-3333

ANNIE MCADAMS, PC
Annie McAdams
1150 Bissonnet
Houston, TX 77005
Phone: 713-785-6262
Fax: 866-713-6141
annie@mcadamspc.com
*Attorneys for Plaintiff*

Respectfully submitted,

Nicole M. Perry (*Admitted Pro Hac Vice*)
nmperry@jonesday.com
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: +1.832.239.3939
Facsimile: +1.832.239.3600

Bethany K. Biesenthal (*Admitted Pro Hac Vice*)
bbiesenthal@jonesday.com
Allison L. McQueen (*Admitted Pro Hac Vice*)
amcqueen@jonesday.com
JONES DAY
110 N. Wacker Dr, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585

Taylor A. Goodspeed
taylor.goodspeed@jonesday.com
JONES DAY
250 Vesey Street, 29th Floor
New York, NY 10281
Telephone: +1.212.326.3939
Facsimile: +1.212.755.7306

*Attorneys for Defendant Hilton Management LLC*

David S. Sager
david.sager@dlapiper.com
DLA PIPER LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078
Telephone: +1.973.520.2550
Facsimile: +1.973.520.2551

Nathan P. Heller (*Admitted Pro Hac Vice*)
nathan.heller@dlapiper.com
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: +1.215.656.3372
Facsimile: +1.215.606.3372

Melissa A. Reinckens
melissa.reinckens@dlapiper.com
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Telephone: +1.858.677.1400
Facsimile: +1.858.677.1401

*Attorneys for Defendants*
*La Quinta Holdings Inc.,*
*CPLG Prime Mezz L.L.C.,*
*Cavalier MergerSub LP,*
*La Quinta Franchising, LLC,*
*LQ Management L.L.C.,*
*Wyndham Hotels and Resorts, LLC*

Sara M. Turner (*Admitted Pro Hac Vice*)
smturner@bakerdonelson.com
BAKER DONELSON
1901 Sixth Avenue North, Suite 2600
Birmingham, AL 35203
Telephone: +1.205.250.8316
Facsimile: +1.205.488.3716

Jennifer Anne Casey
jcasey@caseylawny.com
CASEY LAW GROUP, PLLC
223 Wall Street, No. 279
Huntington, NY 11743
Telephone:  +1.516.847.4497

*Attorneys for Defendant*
*Choice Hotels International, Inc.*

## CERTIFICATION OF SERVIVE

I, Janet Walsh, certify that on April 29, 2024, I caused the foregoing Stipulation of Dismissal with Prejudice to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

*/s/ Janet Walsh, Esq.*
*Attorneys for Plaintiff*